

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2021

No. 04-20-00563-CV

Mark Hector **MENA**,
Appellant

v.

Patricia **GARCES**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 09352C
Honorable Susan Harris, Judge Presiding

# O R D E R

The reporter's record in this case is currently due to be filed on February 9, 2021. On December 31, 2020, the court reporter filed a status report stating that the appellant has not requested the preparation of the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1) (requiring appellant to request preparation of the reporter's record "[a]t or before the time for perfecting the appeal"). We therefore **ORDER** appellant to provide written proof to this court **by January 18, 2021** that the appellant has: (1) requested in writing that the court reporter prepare the reporter's record; (2) in his written request, designated the portions of the proceedings and the exhibits to be included; and (3) paid or made arrangements to pay the court reporter's fee for preparing the record or shown that the appellant is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b). If the appellant files such written proof, then the court reporter shall file the reporter's record by February 9, 2021. If appellant fails to request the record is writing and/or fails to make arrangements to pay for the record, we will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2021.



Michael A. Cruz,
Clerk of Court